# United States District Court

_____ DISTRICT OF _____

Fredi Armando Gonzalez - General Attorney

petitioner

v. Janet Reno et. All
I.N.S.
Respondent.

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: A70 944 868

1 : CV00-0709

I, Gonzalez DeLeon, Fredi Armando, declare that I am the (check appropriate box)

☒ petitioner/plaintiff          ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant       ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

**FILED**
HARRISBURG, PA

APR 18 2000

MARY E. D'ANDREA, CLERK
Per _____

In further support of this application, I answer the following questions.

1. Are you presently employed?                                    Yes ☐   No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   September 27, 1997. $5.25 per hour.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment     Yes ☐   No ☒
   b. Rent payments, interest or dividends?                     Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?           Yes ☐   No ☒
   d. Gifts or inheritances?                                    Yes ☐   No ☒
   e. Any other sources?                                        Yes ☐   No ☒

If the answer to any of the above
amount received from each during the past twelve mo...

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☒    No ☐    (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.
   $19.07

4. Do you own or have any interest in any real estate, stocks, bonds, n
   automobiles or other valuable property (excluding ordinary household furnish
   and clothing)?
   Yes ☐    No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationsh
   those persons, and indicate how much you contribute toward their support.
   two dependents wife and son on petitioner's
   Responsability of support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04-02-2000__          _____
              (Date)                    Signature of Applicant

---

### CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ __$19.07__
on account to his credit at the __York County Prison__
institution where he is confined. I further certify that the applicant likewise has the following
his credit according to the records of said institution: __N/a__

I further certify that during the last six months the applicant's average balance was $ __$3__

_____
Authorized Officer of Institution

---

### ORDER OF COURT

| The application is hereby denied | The application is hereby grar applicant proceed without pre cost or fees or the necessity of g ity therefor. |
|---|---|
| _____ United States Judge   Date | _____ United States Judge or Magistrate |