UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FREDI ARMANDO GONZALES DE LEON,    :
                                   :
        Petitioner                 :
                                   :
    v.                             :   CIVIL NO. 1:CV-00-0702
                                   :
JANET RENO, ET AL.,                :   (Judge Caldwell)
                                   :
        Respondents                :

### ORDER

AND NOW, this 1st day of May, 2000, it is ordered that:

1. The Clerk of Court is directed to serve a copy of the above-captioned petition for writ of habeas corpus on Respondents and the United States Attorney.

2. Within 20 days of the date of this order, Respondents shall respond to the allegations in the petition.

3. A determination whether Petitioner should be produced for a hearing will be held in abeyance pending submission of a response.

4. Petitioner shall, if he so desires, file a reply to the response within 15 days of its filing.

WILLIAM W. CALDWELL
United States District Judge

FILED
HARRISBURG, PA
MAY 1 2000
MARY E. D'ANDREA, CLERK
Per ___ Deputy Clerk

AO 72A
(Rev.8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 1, 2000

Re:  1:00-cv-00702    Gonzalez De Leon v. Reno

True and correct copies of the attached were mailed by the clerk
to the following:

Fredi Armando Gonzalez De Leon
CTY-YORK
57 441
York County Prison
3401 Concord Road
York, PA  17402

```
cc:
Judge                           ( ✓)
Magistrate Judge                (  )
U.S. Marshal                    (  )
Probation                       (  )
U.S. Attorney                   (  )
Atty. for Deft.                 (  )
Defendant                       (  )
Warden                          (  )
Bureau of Prisons               (  )
Ct Reporter                     (  )
Ctroom Deputy                   (  )
Orig-Security                   (  )
Federal Public Defender         (  )
Summons Issued                  (  )  with N/C attached to complt. and served by:
                                      U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( ✓)
Order to Show Cause             ( ✓)  with Petition attached & mailed certified mail
                                      to:  US Atty Gen  ( )    PA Atty Gen ( ✓)
                                           DA of County ( )    Respondents ( ✓)
Bankruptcy Court                ( )
Other   MDOC                    ( ✓)
```

MARY E. D'ANDREA, Clerk

DATE:  5-1-00                                BY: _____
                                                 Deputy Clerk

```
Z 265 757 544
```

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail *(See reverse)*

| Sent to | D. Parosch |
|---|---|
| Street & Number | |
| Post Office, State, & ZIP Code | DBG |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | 5-1-00 |

PS Form 3800, April 1995

```
Z 265 757 547
```

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail *(See reverse)*

| Sent to | Janet Reno |
|---|---|
| Street & Number | |
| Post Office, State, & ZIP Code | Wash DC |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | 5-1-00 |

PS Form 3800, April 1995