5/9/00

Caldwell

CV-00-702

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery<br>MAY 02 2000<br>C. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>David Barasch, U.S. Attorney<br>P.O. Box 11754<br>Harrisburg, Pa. 17108 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label)  1-U-00-702S C.Onde 5-1-00 | |
| PS Form 3811, July 1999   Domestic Return Receipt  2 of 2   102595-99-M-1789 | |

FILED
HARRISBURG, PA

MAY 0 8 2000

MARY E. D'ANDREA, CLE
Per _____
Deputy Clerk

Show Cause
Order of
5-1-00