UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FREDI ARMANDO GONZALES DE LEON,  :
:
    Petitioner  :
:
v.  : CIVIL NO. 1:CV-00-0702
:
JANET RENO, ET AL.,  : (Judge Caldwell)
:
    Respondents  :

FILED
HARRISBURG, PA
MAY 09 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### ORDER

**Background**

    This is a petition for a writ of habeas corpus filed under 28 U.S.C. § 2241. The financial affidavit accompanying the prisoner's motion to proceed *in forma pauperis* indicates that he may not be required to pay the full statutory filing fee of $5.00. Therefore, temporary approval to proceed *in forma pauperis* will be granted so the court may request from the warden or other appropriate official a summary of the transactions in the petitioner's account for the six (6) months preceding the filing of this petition.

    The warden or other appropriate official will be directed to provide this court with a record of the transactions, inflow and outflow of funds through the prisoner's account, which occurred within the preceding six (6) month period and advise the court of the present balance in the prisoner's account. The court shall be advised whether the prisoner has institutional employment and, if so, his average monthly income from the job.

If the records are at another institution or if the records are for some reason unavailable, this court should be so informed.

AND NOW, this 9th day of May, 2000, it is ordered that:

1. The petitioner is granted temporary leave to proceed <u>in forma pauperis</u>, pursuant to Title 28 of the United States Code, § 1915(a).

2. Within ten (10) days of the date of this order, the warden or other appropriate official shall complete the attached affidavit form and provide the requested information to the court.

3. Pursuant to <u>Jones v. Zimmerman</u>, 752 F.2d 76 (3d Cir. 1985), the warden shall simultaneously provide a copy of the completed affidavit to the petitioner.

*[signature]*
WILLIAM W. CALDWELL
United States District Judge

2

# AFFIDAVIT

(To be completed by the appropriate prison official)

COMMONWEALTH OF PENNSYLVANIA        :  CIVIL ACTION NO. _____

I, _____, being duly sworn, depose and say:

(1) I am employed as _____ at _____.
    I have served in that capacity since _____, 19__.

(2) The plaintiff, _____, Reg. No. _____,
    is presently incarcerated at the said institution.

(3) The following is a listing of assets at the said institution belonging to plaintiff:

    a. Prison account

        1. Present balance:                              $_____

        2. Total amount of deposits
           during six months preceding
           the filing of the complaint:                  $_____

        3. Average monthly balance:                      $_____

        4. Average monthly deposits:                     $_____

    b. Employment

        1. Institutional employment:                     $_____

        2. Average monthly wage:                         $_____

    c. Other resources: _____
    _____

(4) I have attached a true and correct copy of the record of the transactions of the prisoner's account which occurred within the six months preceding the filing of the complaint.

(5) The above information set forth in this affidavit is true and correct to the best of my knowledge, information and belief.

                                    _____
                                              Signature

Sworn to and subscribed
before me this _____ day                Return to:
of _____, 19__.
                                          United States District Court
_____            235 N. Washington Avenue
       Notary Public                      P.O. Box 1148
My Commission Expires:                    Scranton, PA  18501-1148

```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                       May 9, 2000


Re:   1:00-cv-00702    Gonzalez De Leon v. Reno



True and correct copies of the attached were mailed by the clerk
to the following:


      Fredi Armando Gonzalez De Leon
      CTY-YORK
      57 441
      York County Prison
      3401 Concord Road
      York, PA   17402

      David Barasch
      United States Attorney
      P.O. Box 11754
      228 Walnut Street
      Harrisburg, PA   17108



cc:
Judge                          ( ✓ )
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( ✓ )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen    ( )    PA Atty Gen ( )
                                         DA of County   ( )    Respondents ( )
Bankruptcy Court               ( )
Other____P/2S/+C_____          ( ✓ )
       Quirr
                                                   MARY E. D'ANDREA, Clerk
```

DATE: _____5/9/00_____                    BY:__STS__
                                                  Deputy Clerk

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

P.O. BOX 983

HARRISBURG, PA  17108

April 20, 2000

Fredi Armando Gonzalez De Leon
CTY-YORK
57 441
York County Prison
3401 Concord Road
York, PA  17402


Re:  1:00-cv-00702   Gonzalez De Leon v. Reno
     Judge: William W Caldwell


Dear Sir/Madam:

Receipt is acknowledged of the document noted at the foot of this letter, subject as captioned above.

The matter has been forwarded to the Court for consideration.

                      Very truly yours,

                      MARY E. D'ANDREA, Clerk

                      By: _____
                          Deputy Clerk

[✓] Petition For Writ of Habeas Corpus    [ ] Complaint

[ ] Transfer From Other District          [ ] Other

NOTE:  Please be advised that in order for service to be made a U.S. Marshal Form 285 (form enclosed) must be completed for each named defendant and returned to the Clerk's Office at the above address.  Additional forms are available at the prison library or the U.S. Marshal's Office.  (This does not apply to Petitions for Writ of Habeas Corpus.)

Enclosed:  Notice of Consent regarding Magistrate Referral.