Caldwell 5/12/00

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U. S. Attorney General, Janet Reno
Room #511, Main Justice Building
10th & Constitution Avenue
Washington D. C. 20530

MAY 10 2000

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X  Ernest L. Parker
☐ Agent
☒ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAY 4 2000

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)   1-CV-00702  S.Cause  5-1-00

PS Form 3811, July 1999   Domestic Return Receipt   1 of 2   102595-99-M-1789

MARY E. [illegible] CLERK
Per _____

1-CV-00-702
S. Cause
Order
5-1-0