JUDGE COPY

Copy 7

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FREDI ARMANDO GONZALEZ-DELEON,)   Civil No. 1:CV-00-0702
      Petitioner        )   (Judge Caldwell)
                             )
     v.                  )   FILED
                             )   HARRISBURG, PA
JANET RENO, et al.       )
      Respondents     )   MAY 22 2000

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

RESPONDENTS' MOTION FOR
EXTENSION OF TIME

    Respondents Janet Reno and Immigration and Naturalization Service (INS), by and through undersigned counsel, respectfully move the Court for an extension of time within which to respond to the Petition for Writ of Habeas Corpus. In support thereof, Respondents aver the following:

    1. Petitioner Gonzalez-Deleon filed the instant Petition for Writ of Habeas Corpus on April 18, 2000.

    2. On May 1, 2000, the Court directed service of the Petition on Respondents, and directed that Respondents show cause within twenty (20) days why Petitioner should not be granted habeas corpus relief.

    3. Respondents' response is due to be filed on May 22, 2000.

    4. To date, because of other deadlines and a particularly heavy caseload over the last month, undersigned counsel has been unable to complete Respondents' response to the petition.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FREDI ARMANDO GONZALEZ-DELEON,)   Civil No. 1:CV-00-0702
    Petitioner        )   (Judge Caldwell)
                          )
      v.              )
                          )
JANET RENO, et al.        )
    Respondents       )

<u>CERTIFICATE OF SERVICE</u>

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

    That this 22nd day of May 2000, she served a copy of the attached

<u>RESPONDENTS' MOTION FOR AN EXTENSION OF TIME</u>

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

ADDRESSEE(S)

Fredi Armando Gonzalez-Deleon
York County Prison
3401 Concord Road
York, PA 17402
A70944868

*Dawn L. Mayko*
Dawn L. Mayko
Legal Secretary

3