AFFIDAVIT

(To be completed by the appropriate prison official)

COMMONWEALTH OF PENNSYLVANIA     :   CIVIL ACTION NO. _1: CV-00-0702_

I, _Roger S. Thomas_, being duly sworn, depose and say:

(1)   I am employed as _Deputy Warden_ at _York County Prison_
I have served in that capacity since _MAR 1990_, 19__.

(2)   The plaintiff, _Fredi Gonzales-Deleon_, Reg. No. _57441_,
is presently incarcerated at the said institution.

(3)   The following is a listing of assets at the said institution
belonging to plaintiff:

   a.   Prison account

      1.   Present balance:                           $ _1.03_

      2.   Total amount of deposits
           during six months preceding
           the filing of the complaint:               $ _31.12_

      3.   Average monthly balance:                   $ _approx $7.50_

      4.   Average monthly deposits:                  $ _less than $25_

   b.   Employment

      1.   Institutional employment:                  $ _none_

      2.   Average monthly wage:                      $ _none_

   c.   Other resources: _none_

_____

(4)   I have attached a true and correct copy of the record of the
transactions of the prisoner's account which occurred within the
six months preceding the filing of the complaint.

(5)   The above information set forth in this affidavit is true and
correct to the best of my knowledge, information and belief.

_Roger Thomas_
Signature
_Deputy Warden 5/23/00_

Sworn to and subscribed
before me this _____ day
of _____, 19__.                Return to:

                                        United States District Court
                                        235 N. Washington Avenue
_____                 P.O. Box 1148
     Notary Public                      Scranton, PA  18501-1148
My Commission Expires:

Date : 05/23/2000

## Account Activity Ledger

Time : 14:12

From :02/24/2000    To : 05/23/2000

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| **ID** 57441 | **Name** GONZALEZ-DELEON (I), | | | **Block** NNF-2A | | | | |
| Initial Entry | 02/24/2000 | 08:00 | B#20722 | D | | 0.00 | | 0.00 |
| | 02/24/2000 | 08:56 | B#20736 | D | | 6.12 | | 6.12 |
| Sales Transaction | 02/29/2000 | 14:25 | I#13699 | I | 5.01 | | | 1.11 |
| | 03/14/2000 | 09:30 | B#21296 | D | | 25.00 | | 26.11 |
| Sales Transaction | 03/28/2000 | 14:34 | I#17002 | I | 7.04 | | | 19.07 |
| copies/pike | 04/07/2000 | 14:08 | B#22021 | W | | | -2.00 | 17.07 |
| postage | 04/10/2000 | 07:07 | B#22029 | W | | | -0.11 | 16.96 |
| postage | 04/10/2000 | 08:23 | B#22040 | W | | | -0.11 | 16.85 |
| Sales Transaction | 04/11/2000 | 13:33 | I#18579 | I | 3.30 | | | 13.55 |
| Sales Transaction | 04/18/2000 | 13:22 | I#19264 | I | 4.87 | | | 8.68 |
| Sales Transaction | 05/09/2000 | 14:24 | I#21514 | I | 2.41 | | | 6.27 |
| Sales Transaction | 05/16/2000 | 12:52 | I#22356 | I | 5.24 | | | 1.03 |

|  |  |  |  |  |
|---|---|---|---|---|
| **Deposits** | 3 | For | $ | 31.12 |
| **Withdraws** | 3 | For | $ | -2.22 |
| **Invoices** | 6 | For | $ | 27.87 |

Page :        1

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FREDI ARMANDO GONZALES DE LEON,        :
                                       :
        Petitioner  57441              :
                                       :
    v.                                 :    CIVIL NO. 1:CV-00-0702  FILED
                                       :                            HARRISBURG, PA
JANET RENO, ET AL.,                    :    (Judge Caldwell)
                                       :
        Respondents                    :                            MAY 0 9 2000

                            ORDER                    MARY E. D'ANDREA, CLE
                                                     Per _____
                                                           Deputy Clerk

## Background

        This is a petition for a writ of habeas corpus filed under 28

U.S.C. § 2241.  The financial affidavit accompanying the

prisoner's motion to proceed in forma pauperis indicates that he

may not be required to pay the full statutory filing fee of $5.00.

Therefore, temporary approval to proceed in forma pauperis will be

granted so the court may request from the warden or other

appropriate official a summary of the transactions in the

petitioner's account for the six (6) months preceding the filing

of this petition.

        The warden or other appropriate official will be directed to

provide this court with a record of the transactions, inflow and

outflow of funds through the prisoner's account, which occurred

within the preceding six (6) month period and advise the court of

the present balance in the prisoner's account.  The court shall be

advised whether the prisoner has institutional employment and, if

so, his average monthly income from the job.

AO 72A

If the records are at another institution or if the records are for some reason unavailable, this court should be so informed.

AND NOW, this 9th day of May, 2000, it is ordered that:

1.   The petitioner is granted temporary leave to proceed <u>in forma pauperis</u>, pursuant to Title 28 of the United States Code, § 1915(a).

2.   Within ten (10) days of the date of this order, the warden or other appropriate official shall complete the attached affidavit form and provide the requested information to the court.

3.   Pursuant to <u>Jones v. Zimmerman</u>, 752 F.2d 76 (3d Cir. 1985), the warden shall simultaneously provide a copy of the completed affidavit to the petitioner.

WILLIAM W. CALDWELL
United States District Judge

2