UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FREDI ARMANDO GONZALES DE LEON, :
:
    Petitioner :
:
v. : CIVIL NO. 1:CV-00-0702
:
JANET RENO, ET AL., : (Judge Caldwell)
:
    Respondents :

### ORDER

AND NOW, this 31st day of May, 2000, upon consideration of Respondents' motion for an enlargement of time in which to respond to the above-captioned petition for writ of habeas corpus, said motion (Doc. 7) is granted. Respondents may file their response within ten (10) days of the date of this order.

                                                       WILLIAM W. CALDWELL
                                                       United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 31, 2000


Re:  1:00-cv-00702   Gonzalez De Leon v. Reno


True and correct copies of the attached were mailed by the clerk
to the following:


    Fredi Armando Gonzalez De Leon
    CTY-YORK
    57 441
    York County Prison
    3401 Concord Road
    York, PA  17402

    Dulce Donovan, Esq.
    U.S. Attorney's Office
    228 Walnut Street
    P.O. Box 11754
    Harrisburg, PA  17108

    David Barasch
    United States Attorney
    P.O. Box 11754
    228 Walnut Street
    Harrisburg, PA  17108


cc:
Judge                              ( ✓ )
Magistrate Judge                   (   )
U.S. Marshal                       (   )
Probation                          (   )
U.S. Attorney                      (   )
Atty. for Deft.                    (   )
Defendant                          (   )
Warden                             (   )
Bureau of Prisons                  (   )
Ct Reporter                        (   )
Ctroom Deputy                      (   )
Orig-Security                      (   )
Federal Public Defender            (   )
Summons Issued                     (   ) with N/C attached to complt. and served by:
                                      U.S. Marshal (   )   Pltf's Attorney (   )
Standard Order 93-5                (   )
Order to Show Cause                (   ) with Petition attached & mailed certified mail

```
                              to:  US Atty Gen   ( )   PA Atty Gen ( )
                                   DA of County  ( )   Respondents ( )
Bankruptcy Court       ( )
Other    PRJAC        ( )
         &INN                                    MARY E. D'ANDREA, Clerk


    DATE:          5/31/00                      BY:
                                                    Deputy Clerk
```