UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FREDI ARMANDO GONZALEZ-DE LEON,      :
      Petitioner                   :
                                    :
    v.                              :   CIVIL NO. 1:CV-00-0702
                                    :
JANET RENO, ET AL.,                  :   (Judge Caldwell)
      Respondents                  :

FILED
HARRISBURG, PA
JUN 0 2 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

<u>ORDER</u>

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

    The petitioner, a prisoner confined at the York County Prison, York, Pennsylvania, filed the above petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, along with a request for leave to proceed <u>in forma pauperis</u> (Doc. 2).

    Previously, the court issued an order directing the warden at the institution where petitioner is confined to provide the court with various information regarding his financial situation. The information provided reveals that Gonzalez-De Leon's institutional account balance is $1.03 and he has no institutional employment.

    Based on the above, this court is satisfied that Gonzalez-De Leon is unable to pay the costs of this action. Consequently, petitioner's motion to proceed <u>in forma pauperis</u> will be granted.

AND NOW, this 2nd day of June, 2000, it is ordered that:

1. Petitioner's motion to proceed <u>in forma pauperis</u> (Doc. 2) is granted.

*[signature]*
WILLIAM W. CALDWELL
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 2, 2000

Re:  1:00-cv-00702    Gonzalez De Leon v. Reno

True and correct copies of the attached were mailed by the clerk
to the following:

    Fredi Armando Gonzalez De Leon
    CTY-YORK
    57 441
    York County Prison
    3401 Concord Road
    York, PA   17402

    Dulce Donovan, Esq.
    U.S. Attorney's Office
    228 Walnut Street
    P.O. Box 11754
    Harrisburg, PA   17108

    David Barasch
    United States Attorney
    P.O. Box 11754
    228 Walnut Street
    Harrisburg, PA   17108

```
cc:
Judge                           (/)
Magistrate Judge                ( )
U.S. Marshal                    ( )
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
```

```
                              to:  US Atty Gen  ( )    PA Atty Gen ( )
                                   DA of County  ( )    Respondents ( )
Bankruptcy Court         ( )
Other    PZSLC          (X)
         QUINN                                  MARY E. D'ANDREA, Clerk

DATE:    6-2-00                            BY:  _____
                                                Deputy Clerk
```