IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREDI ARMANDO GONZALES DELEON, | : | CIVIL NO. 1:CV-00-0702 |
| Petitioner | : | (Caldwell, J.) |
| v. | : | |
| JANET RENO, et al., | : | |
| Respondents | : | |

**NOTICE TO THE COURT**

Respondents file the instant Notice to the Court pursuant to its representation in footnote number 4 of its Response to the Petition for Writ of Habeas Corpus that it would inform the Court as to any developments which might moot Petitioner Gonzalez DeLeon's claims in the instant case. The Immigration and Naturalization Service (INS) has informed undersigned counsel that Petitioner has written to the Board of Immigration Appeals (BIA) indicating that he concurs in the INS' appeal of the immigration judge's decision finding him eligible for adjustment of status, and that he desires an order with removal. Gonzalez DeLeon made the above referenced representation to INS counsel, who relayed the information to the undersigned. Gonzalez DeLeon stated that he did not retain a copy of the letter he sent to the BIA.

DAVID M. BARASCH
United States Attorney

DULCE DONOVAN
Assistant U.S. Attorney
228 Walnut Street
P.O. Box 17108-1754
Harrisburg, PA 17108

Dated: June 14, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREDI ARMANDO GONZALES DELEON, | : | CIVIL NO. 1:CV-00-0702 |
| Petitioner | : | (Caldwell, J.) |
| v. | : | |
| JANET RENO, et al., | : | |
| Respondents | : | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 14th day of June, 2000, she served a copy of the attached

### NOTICE TO THE COURT

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

ADDRESSEE(S):

Fredi Armando Gonzalez DeLeon
 #A70944868
York County Prison
3401 Concord Road
York, PA 17402

DAWN L. MAYKO
Legal Secretary

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREDI ARMANDO GONZALES DELEON, | : | CIVIL NO. 1:CV-00-0702 |
| Petitioner | : | (Caldwell, J.) |
| v. | : | |
| JANET RENO, et al., | : | |
| Respondents | : | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 14th day of June, 2000, she served a copy of the attached

**NOTICE TO THE COURT**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

ADDRESSEE(S):

Fredi Armando Gonzalez DeLeon
 #A70944868
York County Prison
3401 Concord Road
York, PA 17402

_____
DAWN L. MAYKO
Legal Secretary