UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FREDI ARMANDO GONZALEZ-DE LEON,     :
                                    :
            Petitioner              :
                                    :
        v.                          :     CIVIL NO. 1:CV-00-0702
                                    :
JANET RENO, ET AL.,                 :     (Judge Caldwell)
                                    :
            Respondents             :

**FILED
HARRISBURG, PA**

JUL 1 4 2000

MARY E. D'ANDREA, CLERK
PER_____
        DEPUTY CLERK

**ORDER**

AND NOW, this 14th day of July, 2000, it is ordered that:

    1.    Petitioner's document, entitled "Additional Evidence" (Doc. 14), submitted to the court on July 6, 2000, will be construed as a supplement to his habeas corpus petition.

    2.    Within fifteen (15) days of the date of this order, Respondents may file a supplement to their previously filed response.

WILLIAM W. CALDWELL
United States District Judge

AO 72A