See Attachment

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FREDI ARMANDO GONZALES DELEON,  :
    Petitioner  :
      :
v.  :    CIVIL NO. 1:CV-00-0702
      :
JANET RENO, ET AL.,  :    (Judge Caldwell)
      :
    Respondents  :

FILED
HARRISBURG, PA
DEC 22 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**ORDER**

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

The petitioner is being detained by the Immigration and Naturalization Service (INS) at the York County Prison. He filed this petition for a writ of habeas corpus on April 14, 2000, challenging his detention. He contended that the immigration judge's decision of July 28, 1999, terminating the removal proceedings against him should stand and that the INS's appeal of that order should be dismissed.

A response to the petition was filed on June 12, 2000 (doc. 11). Then on June 14, 2000, respondents filed another document entitled "Notice to the Court" (doc. 13) indicating that petitioner had contacted the Board of Immigration Appeals (BIA) stating that he now concurred in the INS's appeal of the immigration judge's decision finding him eligible for adjustment of status and informing the BIA that he now desired an order of removal.

If respondents' representations are true, it appears that the petition may now be moot.

Accordingly, this 22nd day of December, 2000, it is ordered that

1. Within 15 days of the date of this order, the petitioner shall notify the court whether respondents' representations are true and that he no longer challenges his detention and order of removal.

2. If the petitioner fails to comply with this order, the court will proceed on the petition as filed.

/s/ William W. Caldwell
WILLIAM W. CALDWELL
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

December 22, 2000

Re:  1:00-cv-00702    Gonzalez De Leon v. Reno

True and correct copies of the attached were mailed by the clerk to the following:

Fredi Armando Gonzalez De Leon
CTY-YORK
57 441
York County Prison
3401 Concord Road
York, PA   17402

Dulce Donovan, Esq.
U.S. Attorney's Office
228 Walnut Street
P.O. Box 11754
Harrisburg, PA   17108

David Barasch
United States Attorney
P.O. Box 11754
228 Walnut Street
Harrisburg, PA   17108

cc:
Judge                          (X)
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail

```
                                to:  US Atty Gen    ( )    PA Atty Gen   ( )
                                     DA of County   ( )    Respondents   ( )
Bankruptcy Court        ( )
PRSLC                   (X)
                                                           MARY E. D'ANDREA, Clerk


    DATE: December 22nd, 2000                         BY: /s/ illegible signature
                                                          Deputy Clerk
```