IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(Civ. Action No. 00-CV-702)
(Judge William W. Caldwell)

| | |
|---|---|
| FREDI ARMANDO GONZALEZ DE LEON, a.k.a. Mario Lopez,<br><br>Petitioner,<br><br>v.<br><br>JOHN ASHCROFT, United States Attorney General; UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE; KEVIN D. ROONEY, Acting INS Commissioner; M. FRANCO HOLMES, District Director; DAVID BARASCH, United States Attorney,<br><br>Respondents.[1] | NOTICE OF APPEAL |

FILED HARRISBURG JUL 16 2001 MARY E. D'ANDREA, CLERK Per _____ Deputy Clerk

Notice is hereby given that the respondents in the above-captioned case, John Ashcroft, United States Attorney General, the United States Immigration and Naturalization Service, Kevin D. Rooney, Acting INS Commissioner, M. Franco Holmes, District Director, and David Barasch, United States Attorney, hereby appeal to the United States Court of Appeals for the Third

//
//
//

Certified from the record
Date 7/17/01
Mary E. D'Andrea, Clerk
Per _____ Deputy Clerk

---

[1] The respondent hereby moves to substitute John Ashcroft for Janet Reno as United States Attorney General, and Kevin D. Rooney for Doris Meissner as Acting Commissioner of the Immigration and Naturalization Service ("INS"). Fed.R.Civ.P. 25(d)(1).

Circuit from the final order entered in the above-captioned case on May 16, 2001.

                Respectfully submitted,

                STUART E. SCHIFFER
                Acting Assistant Attorney General

                EMILY ANNE RADFORD,
                Assistant Director

                MICHELLE E. GORDEN, Attorney
                Office of Immigration Litigation
                Civil Division
                U.S. Department of Justice
                P.O. Box 878, Ben Franklin Station
                Washington, D.C.  20044
                (202) 616-7426

Dated:  July 13th, 2001      ATTORNEYS FOR RESPONDENTS

-2-

## CERTIFICATE OF SERVICE

I CERTIFY that on this date I caused to be mailed one copy of this notice of appeal to the petitioner, Fredi Armando Gonzalez De Leon, who proceeds pro se in this matter:

Fredi Armando Gonzalez
409 W. Olympic Blvd.
Mezzanine Floor
Los Angeles, CA  90015

DATED this 9th day of July, 2001.

							_____
							MICHELLE E. GORDEN