INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
DIVISIONAL OFFICE IN HARRISBURG, PENNSYLVANIA

Fredi Armando Gonzalez De Leon    Dist. Ct. Docket _1:CV-00-702_
         v.
John Ashcroft, et al.    Ct. of Appeals Docket # _____

NOTICE OF APPEAL FILED _7/16/01_    COURT REPORTER: _____

**FILING FEE:**
Notice of Appeal ____Paid ____Not Paid ____Seaman
Docket Fee ____Paid ____Not Paid _x_ USA or Govt.

CJA Appointment: (Attach copy of order)

____Private Attorney
____Defender Association or Federal Public Defender
____Motion Pending

Leave to proceed In Forma Pauperis status, if applicable _____

____Motion Granted
____Denied
____Motion pending before district judge

Certificate of probable cause (state habeas corpus) (attach copy of order)

____Granted
____Denied
____Pending

**PENDING MOTIONS** _NO_
COPIES TO:    Deft. Address: _____
Judge Caldwell
Fredi Armando Gonzalez De Leon
Dulce Donovan, Esquire
Michelle Gorden, Esquire
File Copy

                                                                Deputy Clerk

[Stamp: FILED HARRISBURG JUL 20 2001 MARY E. D'ANDREA, CLERK, Per _____ DEPUTY CLERK]

[Stamp: RECEIVED JUL 18 2001 U.S.C.A. 3rd CIR.]

Please acknowledge receipt of these documents on the enclosed copy of this sheet.