

**MARY E. D'ANDREA**
Clerk of Court

OFFICE OF THE CLERK

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983



(717) 221-3920
FAX  (717) 221-3959

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106

July 17, 2001

**FILED**
HARRISBURG

JUL 2 0 2001

MARY E. D'ANDREA, CLERK
Per_____
      DEPUTY CLERK

RE: Fredi Armando Gonzalez De Leon vs. Ashcroft, et al.
Civil Action No. 1:CV-00-702

Dear Ms. Waldron,
    Enclosed please find:

_____ One certified copy of the docket entries
      to be filed as the Certified List in
      Lieu of the Record.

__x__ Actual Record with one certified copy
      and one uncertified copy of docket
      entries.

_____ One certified copy of docket entries to
      be filed as the Certified List in Lieu
      of the _____ Supplemental Record.

_____ Actual_____ Supplemental Record with
      one certified copy and one uncertified
      copy of docket entries.

    Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Sincerely,
MARY E. D'ANDREA, CLERK

*Jill Cardile*
Jill Cardile
Deputy Clerk

Dana Moore  7-18-01