OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4918

pacer.ca3.uscourts.gov

July 20, 2001


FILED
HARRISBURG
JUL 2 4 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

NOTICE OF DOCKETING OF APPEAL

Gonzalez-DeLeon v. Atty Gen USA

No(s): 00-cv-00702

(Honorable William W. Caldwell)

An appeal by **Atty Gen USA, INS, et al** was filed in the above-captioned case on 7/16/01, and docketed in this Court on 7/20/01, at No. **01-2903**.

Kindly use the Appeals Docket No. **01-2903** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk