

**U.S. Department of Justice**

Civil Division

COPY

(24)

EAR:MEG:meg
39-63-435

Telephone: (202) 616-7426

1:00CV702

July 27, 2001

FILED
SCRANTON

JUL 30 2001

PER _____
DEPUTY CLERK

Honorable Marcia M. Waldron, Clerk
United States Court of Appeals
  for the Third Circuit
21400 U.S. Courthouse
Independence Mall West
601 Market Street
Philadelphia, PA  19106-1790

    Re:  Fredi Armando Gonzalez DeLeon v. Atty. Gen., U.S.A., et al.
         No. 01-2903 (3rd Cir.); A70 944 868

Dear Ms. Waldron:

    Enclosed for filing with this Court are the original and one (1) copy of the Civil Appeal Information Statement, and the Court of Appeals' copy of the Transcript Purchase Order form.

    Also enclosed is an appearance form executed by the undersigned, an attorney with this office.  Please enter my appearance as counsel for the appellants.  Service has been provided to the appellee, who proceeds pro se in this matter, as indicated in the attached certificate of service.

                         Sincerely,

                         MICHELLE E. GORDEN
                         Attorney
                         Office of Immigration Litigation
                         U.S. Department of Justice Civil Division
                         P.O. Box 878, Ben Franklin Station
                         Washington, D. C.  20044

Enclosures

cc:  Dulce Donovan, U.S. Attorney's Office (M.D. Pa.)
     Fredi Armando Gonzalez-DeLeon

# TRANSCRIPT PURCHASE ORDER

| District Court | Court of Appeals Docket No. _____ |
|---|---|
| U.S. District Court for the Middle Dist. of PA | District Court Docket No. 00-cv-0702 |

Short Case Title __Gonzalez-DeLeon vs. Atty Gen., USA__

Date Notice of Appeal Filed by Clerk of District Court __July 16, 2001__

**PART I.** (To be completed by party responsible for ordering transcript)  NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

A. Complete one of the following and serve ALL COPIES:
TRANSCRIPT:

- [x] None
- [ ] Unnecessary for appeal purposes.
- [ ] Already on file in the D.C. Clerk's office.
- [ ] This is to order a transcript of the proceedings heard on the date listed below from _____ (Name of Court Reporter)

(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of proceedings, specify exactly what portion or what witness testimony is desired.

_____

_____

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will *NOT* be included in trial transcripts.

Voir dire ☐ ; Opening statement of plaintiff ☐  defendant ☐
Closing argument of plaintiff ☐    defendant ☐
Jury instructions ☐    Sentencing Hearings ☐

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

- [ ] Criminal Justice Act (Attach copy of CJA form 24)
- [ ] Motion for transcript has been submitted to DC Judge
- [ ] Private Funds

Signature _____  Date _____

Print Name _____  Counsel for _____

Address _____  Telephone _____

**PART II.** COURT REPORTER ACKNOWLEDGMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

- [ ] Arrangements for payment were made on _____
- [ ] Arrangements for payment have not been made pursuant to FRAP 10(b)

_____  _____  _____
Date             Signature of Court Reporter           Telephone

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages    _____ Actual Number of Volumes

_____  _____
Date             Signature of Court Reporter