cc: ct + PASH

**OFFICE OF THE CLERK**

MARCIA M. WALDRON
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

___Harrisburgh___ Clerk of District Court
(District)

___De Leon v Atty Gen USA___
(Caption)

___Fred Arnando Gonzalez-DeLeon___
(Appellant)

___00-CV-702 v Caldwell___
(D.C. No.)

Date ___02-28-02___

C. of A. No. ___01-2903___

RECEIVED
HARRISBURG, PA
MAR 14 2002
MARY E. D'ANDREA, CLERK
Per ___

Enclosures:

___2-28-02___ Certified copy of C. of A. Order by the Court/Clerk
(Date)

\*___✓___ Record

\*_____ Supplemental Record (First) (Second) (Third)

\*_____ Exhibits

\*_____ State Court Record

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s)_____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on_____
 is recalled.

___Phyllis Ruffin___ (267)-299-___4918___
Deputy Clerk         Telephone Number

\*_____ (267)-299-_____
Record Processor   Telephone Number

Receipt Acknowledge:
___ackwd___
(Name)
___3/14/02___
(Date)
Rev. 3/13/00    BTB
Appeals (Record)

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 3, 2001
B-27

No. 01-2903

De Leon
v.
Atty Gen USA

PRESENT: MANSMANN, ALITO and McKEE, Circuit Judges

1. Motion by Appellants to Remand the Case to the District Court with Instructions to Vacate the District Court's Order and Judgment and Dismiss the Petition for a Writ Of Habeas Corpus

FILED
HARRISBURG
MAR 1 4 2002
MARY E. D'ANDREA, CLERK
per
DEPUTY CLERK

*Phyllis Ruffin*   267-299-4918
Case Manager

Answer due 11/26/01

_____ O R D E R _____

The foregoing *motion to remand is granted.*

A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron,
Clerk

Dated: FEB 28 2002

parlee:
m.E.G. Esq
mr. T.A. G-Del.

By the Court,

*Carol Los Mansmann*
Circuit Judge