IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FREDI ARMANDO GONZALEZ DE LEON, :
    Petitioner
:

vs. : CIVIL ACTION NO. 1:CV-00-0702
:

JOHN ASHCROFT, et al.,
    Respondents :

O R D E R

AND NOW, this 22nd day of March, 2002, in accord with the order of the Third Circuit, dated February 28, 2002, it is ordered that the habeas petition is dismissed as moot.

                                              /s/ William W. Caldwell
                                              William W. Caldwell
                                              United States District Judge

FILED
MAR 2 2 2002
PER _____
HARRISBURG, PA    DEPUTY CLERK

AO 72A
(Rev.8/82)