OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, P.A. 17108

OFFICIAL BUSINESS

Fredi Armando Gonzalez De Leon
409 W. Olympic Blvd.
Mezzanine Floor
Los Angeles, CA  90015

Re: 1:00-cv-00702

--------------------

Please file all pleadings direct
the assigned Judge is located.
with the Judge's Chambers.

JUDICIAL OFFICERS:

Chief Judge Thomas I. Vanaskie
Judge A. Richard Caputo
Judge James M. Munley
Judge William J. Nealon
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Thomas M. Blew
Magistrate Judge Malachy E. Man

--------------------

Judge Yvette Kane
Judge Sylvia H. Rambo
Judge William W. Caldwell
Magistrate Judge J. Andrew Smy

--------------------

Judge Malcolm Muir
Judge James F. McClure

FILED
HARRISBURG
APR 04 2002
MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK